AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11832992

**RECEIVED**
By USMS District of Columbia District Court at 4:32 pm, Jul 11, 2025

United States of America
v.
MONIQUA JEFFERSON

)
)
)
)
)

Case: 1:25-cr-00195
Assigned To: Judge Reyes, Ana C.
Assign Date: 7/11/2025
Description: INDICTMENT (B)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **MONIQUA JEFFERSON**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition

Case: 1:25-cr-00195
Assigned To: Judge Reyes, Ana C.
Assign Date: 7/11/2025
Description: INDICTMENT (B)

This offense is briefly described as follows:
18 U.S.C. § 933(a)(3) - Conspiracy to Commit Trafficking in Firearms

Date: 07/11/2025

*Issuing officer's signature*

City and state: Washington, DC

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/11/25, and the person was arrested on *(date)* 7/16/25
at *(city and state)* RICHMOND, VA.

Date: 7/16/25

*Arresting officer's signature*

AMANDA VITELETI SPECIAL AGENT
*Printed name and title*